IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-cv-217-BO

| | | |
|---|---|---|
| LAKETTA HUSSAIN and USAMA HUSSAIN, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | O R D E R |
| STATE EMPLOYEES CREDIT UNION and GODDARD AND PETERSON PLLC, | ) ) ) ) ) | |
| Defendants. | ) | |

This cause comes before the Court on plaintiffs' failure to respond to the Court's Notice of Deficiency. On November 7, 2019, the Court directed plaintiffs to cure numerous deficiencies in their filings no later than November 25, 2019. [DE 2]. Plaintiffs have not timely responded and have not otherwise prosecuted this action.

Rule 41(b) of the Federal Rules of Civil Procedure authorizes the Court to dismiss an action with prejudice for failure to prosecute, as the power to do so "has generally been considered an inherent power, governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (quotation omitted). As plaintiffs have failed to prosecute this action or demonstrate good cause for their failure to do so, plaintiffs' complaint is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this _12_ day of January, 2020.

Terrence Boyle
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE